UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION

| | |
|---|---|
| LINDA A. EVANS, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>)<br>PITT COUNTY DEPARTMENT OF )<br>SOCIAL SERVICES; GEORGE L. )<br>PERRY, Director of Pitt County Social )<br>Services in his official capacity; APRIL )<br>HANNING, in her individual capacity; )<br>CYNTHIA M. ROSS, in her individual )<br>capacity; LINDA MARTIN CURTIS, )<br>in her individual capacity; and LINDA )<br>MILLION, in her individual capacity, )<br>)<br>Defendants. ) | **JUDGMENT**<br><br>No. 4:12-CV-226-FL |

**Decision by Court.**

This action came before the Honorable Louise W. Flanagan, United States District Judge.

**IT IS ORDERED, ADJUDGED AND DECREED**, in accordance with the court's orders entered September 18, 2013, September 25, 2014, and April 14, 2015, and for the reasons set forth more specifically therein, that plaintiff's claims for relief are dismissed and summary judgment is granted in favor of defendant Linda Martin Curtis.

**This Judgment Filed and Entered on April 14, 2015, and Copies To:**
David Campbell Sutton (via CM/ECF Notice of Electronic Filing)
Scott C. Hart (via CM/ECF Notice of Electronic Filing)
Linda Martin Curtis (via U.S. Mail) 610 Channel Drive, Winterville, NC 28590
Linda A. Evans (via U.S. Mail) PO Box 2653, Greenville, NC 27836

| | |
|---|---|
| This 14th day of April, 2015. | JULIE RICHARDS JOHNSTON, CLERK<br> /s/ Christa N. Baker<br>(By) Christa N. Baker, Deputy Clerk |